■ 1420 Concourse Corp. v Cruz.—Reargument denied; leave to appeal to the Court of Appeals granted, as indicated.

Concur—Kupferman, J. P., Sullivan, Carro, Milonas and Rosenberger, JJ.